24-mj-6211

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Vanessa Flick, being sworn, state as follows:

## INTRODUCTION

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been an ATF Agent since 2022, and during that time I have been involved in investigations of violations of federal firearm and controlled substance laws. Prior to my employment as Special Agent with the ATF, I was a Police Officer in the City of Seattle, WA, for approximately twelve years. During my role as a Police Officer, I have made arrests for firearms and narcotics offenses. I also served as an Officer with the Seattle Police Department's East Precinct Anti-Crime Team ("ACT") which had the primary function of investigating narcotics activity within the East Precinct, including proactive operations to identify and arrest individuals engaged in various levels of drug dealing.

2.      Currently, I am assigned to a group in the Boston Field Division of the ATF that, in part, works with other Federal, State, and Local Police Departments to investigate and prosecute violations of the Federal firearms, explosives, and controlled substance laws.  My duties include working as a liaison between federal, state, and local law enforcement entities in the investigation of illegal distribution of narcotics, firearm offenses, and associated gang-related violent crimes. In the course of participating in investigations of drug distribution/trafficking, I have conducted or participated in surveillance, the purchase of illegal drugs and firearms, the execution of search warrants, debriefings of subjects, witnesses, and informants and reviews of consensually recorded conversations and meetings.  Through my training, education, and experience, I have become familiar with the manner in which drug traffickers conduct their illegal drug trafficking activity, to include their use of cellular telephones to contact drug

1

customers, drug runners, drug associates, and sources of illegal drug supply. I am familiar with narcotics traffickers' methods of operation, including distribution, storage, and transportation of narcotics.

3. Based on my training and experience as a Special Agent, I am familiar with federal narcotics laws. I know that it is a violation of Title 21 U.S.C. § 841(a)(1) for any person to possess with intent to distribute a controlled substance.

## PURPOSE OF AFFIDAVIT

4. I submit this affidavit in support of an application for a complaint alleging that, on or about March 6, 2024, Daniel LOUGHMAN ("LOUGHMAN"), did possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

5. I am familiar with the facts and circumstances of this investigation from my own personal participation and from oral and written reports made to me by agents of the ATF and other federal, state and local law enforcement agencies.

6. I submit this affidavit for the limited purpose of establishing probable cause to believe LOUGHMAN has committed the above offenses. Accordingly, I have not included each and every fact known to me and other law enforcement officers involved in this investigation. I have set forth only the facts that I believe are needed to establish the requisite probable cause.

## PROBABLE CAUSE

7. On or about March 6, 2024, Massachusetts State Police ("MSP") troopers stopped a vehicle driven by LOUGHMAN and arrested LOUGHMAN on an outstanding state warrant for a violation of his conditions of release on a pending Lawrence District Court case. LOUGHMAN was operating a motor vehicle bearing a New Jersey registration K72SCJ [1] and

---

[1] This vehicle is a 2022 Grey Jeep Compass, registered to a rental company EAN Holdings, LLC

traveling northbound on Route 95. A MSP trooper observed the vehicle traveling at approximately 80 MPH in a posted 55 MPH zone and the vehicle also crossed from the left lane over two marked lanes without proper signaling.  These actions constituted traffic infractions. The MSP trooper conducted a motor vehicle stop, including for these traffic infractions, in the vicinity of Exit 61, North Avenue and Willard Road, in Wakefield, Massachusetts.

8. During the motor vehicle stop, the operator, and sole occupant of the vehicle, was identified as LOUGHMAN. A query revealed that LOUGHMAN had an active felony warrant out of the Lawrence District Court. LOUGHMAN was placed under arrest for the felony warrant and was transported to MSP barracks in Danvers to begin the booking process.  An MSP trooper requested that the vehicle be towed and conducted an inventory of the vehicle.

9. Within the vehicle, an MSP trooper observed a green nylon zippered bag located on the front passenger seat.  Investigators requested an MSP K-9 unit, which did not alert on the green bag. Additional law enforcement investigators also arrived at the vehicle and seized the green bag.  The bag, which had an external lock mechanism, felt consistent with the weight and feel of trafficking quantities of narcotics. The bag contained two wrapped packages of a clear, crystalline substance, believed to be methamphetamine, which had a combined weight of approximately two pounds.  Based on my training and experience, as well as that of other law enforcement officers familiar with this investigation, the substance appears to be methamphetamine. I believe this based on various factors, including the information learned during the course of this investigation and the packaging, size, shape & color of the substance. Based on my training and experience, the two pounds of methamphetamine is an amount consistent with drug distribution.

**CONCLUSION**

10.     Based on the foregoing, there is probable cause to believe that on March 6, 2024, LOUGHMAN did knowingly and intentionally possess with intent to distribute methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

_____
Vanessa Flick
Special Agent, ATF

Signed electronically and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on this 7th day of March, 2024.

_____
HON. DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

