%JS 45  (5/97) - (Revised USAO MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** ___II___   **Investigating Agency** ___ATF___

**City** Wakefield
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. 24-mj-6211
Same Defendant _____   New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name: Daniel Loughman   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: 242 Water Street, Wakefield, MA

Birth date (Yr only): 1985   SSN (last 4#): 1635   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: John T. Dawley, Jr.   Bar Number if applicable: 683662

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** 3/7/2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at   Lawrence District Court   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☐ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/7/2024   Signature of AUSA:  /s/ John T. Dawley, Jr.

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Daniel Loughman _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**