UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 24-cr-10121-ADB |
| DANIEL LOUGHMAN, ) | |
| ) | |
| Defendant. ) | |

## JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(b), the parties hereby file the following status report prepared in connection with the status conference scheduled for August 30, 2024. In light of the information set forth below, the parties request that the hearing be canceled.

(1) Automatic Discovery/Pending Discovery Requests

The government has provided automatic discovery. The defendant is reviewing the discovery materials and deciding whether he will make any additional discovery requests.

(2) Additional Discovery

Per discussion with counsel, the government anticipates also providing additional voluntary discovery at this juncture.

(3) Timing of Additional Discovery Requests

The defendant is reviewing the discovery materials and deciding whether he will make any additional discovery requests.

(4) Protective Orders

There is a protective order in affect at this time.

(5) Pretrial Motions

The defendant currently anticipates that he will be filing a pretrial motion to suppress. The defendant is awaiting some additional discovery productions from the government before making a final determination regarding that potential motion.

(6)   Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial.

The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)   Defenses of Insanity, Public Authority, or Alibi

The defendant does not intend to raise a defense of insanity, public authority, or alibi.

(8)   Speedy Trial Act
All of the time has been excluded from the defendants' initial appearance/arraignment through the date of the status conference scheduled for August 30, 2024.  The parties request that the time be excluded until the final status conference.

(9)   Status of Plea Negotiations & Likelihood of Trial
The parties have engaged in initial discussions regarding the potential resolution of the case, including the possibility of a global resolution.  If the case were to proceed to trial, the parties estimate that it can be tried in one week.

(10)   Scheduling of Further or Final Status Conference
The parties request that the case be scheduled for a final status conference in approximately 30 to 45 days.


Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

/s/ Daniel Cloherty, Esq.          By:    /s/ John T. Dawley, Jr.
Attorney for Daniel Loughman              Assistant U.S. Attorney


Dated: August 27, 2024

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

By:   /s/ John T. Dawley, Jr.
　　　Assistant U.S. Attorney

Dated: August 27, 2024