```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

              Docket No. 24-CR-10121-ADB

                 UNITED STATES OF AMERICA

                            v.

                        JAMES ADAMS
```

## DEFENDANT'S MOTION FOR RELEASE

The Defendant, James Adams, respectfully files this motion for release.  The defendant contends that conditions can be set to satisfy the Court that he is not a danger to the community nor a risk of flight.

The defendant is seeking to be interviewed by Pretrial Services [PTS] the week of November 18-22, 2024 and a detention hearing at the Court's earliest convenience after PTS is able to complete its bail report.

Defense Counsel is available for a bail hearing on November 21, 22, 27 and 29, 2024.

                                    **Respectfully Submitted**
                                    **JAMES ADAMS**,
                                    **By his Attorney:**

**Date**: November 15, 2024    /s/  Thomas Kerner
                               _____
                               **Thomas Kerner**
                               **Attorney at Law**
                               **MA BBO No. 552373**
                               **240 Commercial St., Suite 5A**
                               **Boston, MA  02109**
                               **(617) 720 5509**
                               thomas.kerner@comcast.net

**CERTIFICATE OF SERVICE**

    I, Thomas Kerner, herein certify that a copy of the within document was e-filed for all parties involved.

Date: November 15, 2024       /s/ Thomas Kerner

                                        _____
                                        **THOMAS KERNER**