UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America**

   **Plaintiff,**

           CR No. 24-10121-ADB
  v.

**Daniel Loughman, et al.**

   **Defendant**

ORDER OF RECUSAL

BURROUGHS, D.J.

  I hereby disqualify myself in this proceeding pursuant to 28 U.S.C. 455 (a). The case will be redrawn to another district judge in the Eastern Division.

SO ORDERED.

             /s/ Allison D. Burroughs
             Allison D. Burroughs
             United States District Judge

Dated: 12/13/24