UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 24-cr-10121-FDS

UNITED STATES OF AMERICA

v.

DANIEL LOUGHMAN and
JAMES SNOW

**FINAL STATUS REPORT AND
ORDER OF EXCLUDABLE DELAY**

Date: October 7, 2025

KELLEY, U.S.M.J.

The defendants had a final status conference today, October 7, 2025. The parties reported that Mr. Loughman's case is ready to go to the district court for a R. 11 hearing and Mr. Snow's case is ready to go to the district court for a pretrial conference. Mr. Snow is in negotiations with the government to resolve his case. If the pretrial conference should be converted to a R. 11 hearing, counsel for Mr. Snow will notify the clerk.

Regarding Mr. Snow's case, discovery is complete. A trial, if held, would last approximately one week. Defendant will not raise defenses of insanity, alibi, or public authority. Defendant does not anticipate filing dispositive motions.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) and Section 5(b)(7)(b) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the interests of justice, i.e., allowing the parties time prior to the pretrial conference to prepare the case, outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment.

Accordingly, it is hereby ordered that, the Clerk of this Court enter excludable time for the period of October 7, 2025, to the date the parties appear before the district court.[1]

        / s / M. Page Kelley
M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that under the provisions of Rule 2(b) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth here within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection. The district judge, upon timely motion, shall reconsider the magistrate's order and set aside any portion found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir. March 31, 1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir. 1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); Thomas v. Arn, 474 U.S. 140, 106 S. Ct. 466 (1985).