James Adams
Case # 1:24-CR-10121-FDS-4
RE: Requesting a new attorney



Dear Judge M. Page Kelley,


  I am writing to the court requesting the court remove my attorney and provide

me new counsel. Counsel and I are unable to communicate effectively, and that

has eroded our relationship. Counsel has not shown me all of my evidence, and

has not put the effort into my case necessary for an adequate defense. I have no

confidence in my attorney, no trust with my attorney, and am unable to

communicate with my counsel. For these reasons I am asking the court to

replace my counsel with someone else so I may receive effective assistance and

participate in my defense.


**Respectfully,**

**/s/ James Adams**