UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>(4) JAMES ADAMS, a/k/a "JIMMY,"<br><br>Defendant. | Case No. 24-cr-10121-FDS |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant James Adams in the above-captioned case.

Dated: October 9, 2025

Respectfully submitted,

/s/ *Pietro A. Conte*
Pietro A. Conte (BBO #707055)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617)-720-2880
F: (617)-720-3554
pac@dcglaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on October 9, 2025.

*/s/ Pietro A. Conte*
Pietro A. Conte

1