Meghan Steenbruggen

200 Fremont Road Chester NH 03036

11/19/2025

To whom it may concern,

My name is Meghan Steenbruggen, and I have been part of Danielle's family for nearly thirty years. I married her brother, Derek, but long before that, Danielle was part of my life as a friend. She stood beside me as a bridesmaid in my wedding — not out of obligation, but because she truly mattered to me. I am writing today with a heavy but hopeful heart.

There are two very different versions of Danielle that I have known. The first is the young woman full of life and promise: intelligent, motivated, funny, and deeply connected to the people she loved. She had goals, dreams, and a clear sense of who she wanted to be. Danielle has historically struggled emotionally however I used to feel that version of her was easy to love.

The second version is the one shaped and destroyed by addiction. When drugs took hold, Danielle changed in ways that were painful for everyone who cared about her. Her addiction created turmoil, fractured relationships, and caused real harm — to herself, to our family, and, most of all, to her son, Jacob. I cannot and will not pretend that the last decade has been easy. There were times when her behavior caused deep hurt and confusion, and our family struggled with how to navigate the chaos that addiction brings.

But through all of this, there has always been one anchor: Jacob.

Jacob is almost 13 now, and my husband and I have been raising him for years. He is a kind, sensitive, bright boy who has been forced to grow up with far more instability, fear, and disappointment than any child deserves. He has watched addiction take his mother from him in slow motion. He has lived through uncertainty, abandonment, and trauma — and yet he still hopes for her. He still loves her. He still believes she can get better.

And that's why I am writing this letter.

Not because the past didn't hurt.

Not because I want to minimize the seriousness of her actions.

And not because I think she can return home anytime soon.

But because I believe that if Danielle is ever going to have a chance to be the mother Jacob needs — and the person she once had the potential to be — she needs treatment, not just time.

Jacob deserves a mother who gets the help she has needed for years.

Danielle deserves a chance to address the addiction that has completely overtaken her life.

And our family deserves the hope that someday the cycle of trauma and loss can stop with this generation.

When Danielle is sober and grounded, I have seen glimpses of that original version of her — the one who was full of love, humor, and promise. I believe she is still in there. Addiction has covered her, consumed her, and derailed her entire life, but I do not believe it has destroyed her entirely.

I respectfully ask the Court to consider a sentence that includes comprehensive addiction treatment, structure, and mental health support, alongside appropriate accountability for her actions. A purely punitive sentence will not address the root cause of her behavior — the addiction that has devastated every part of her life and deeply impacted her child.

Jacob will continue to be cared for, supported, and loved in our home. But he still needs his mother to have a chance at recovery. Even if he cannot live with her anytime soon, knowing she is alive, sober, and fighting for her life matters deeply to him.

Thank you for your time and for considering the perspective of a family who has lived through both the devastation of addiction and the hope of recovery. We are not asking for leniency without accountability — we are asking for a path forward that gives Danielle a fighting chance to heal, to grow, and eventually, to be part of Jacob's life in a healthier way.

Respectfully,

Meghan Steenbruggen